# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Michael Diefenderfer <br> <u>Debtor(s)</u> | CHAPTER 13 <br><br> BKY. NO. 12-20879 REF |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of Deutsche Bank National Trust Company, as Trustee for Long Beach Mortgage Loan Trust 2006-WL2, as Servicer, and index same on the master mailing list.

Re: Loan # Ending In: 0641

                                          Respectfully submitted,

                                          **<u>/s/Thomas Puleo, Esquire</u>**
                                          Thomas Puleo, Esquire
                                          Brian C. Nicholas, Esquire
                                          KML Law Group, P.C.
                                          701 Market Street, Suite 5000
                                          Philadelphia, PA 19106-1532
                                          (215) 825-6306  FAX (215) 825-6406