UNITED STATES BANKRUPTCY COURT    EASTERN DISTRICT OF PENNSYLVANIA

In RE: Michael Diefenderfer                    Case no. 12-20879

### ADDENDUM TO CHAPTER 13 PLAN

Debtor's confirmed Chapter 13 plan shall no longer make payments to Chase Mortgages Claim no. 20 as Chase Mortgage has indicated to the Chapter 13 trustee that this debt has been satisfied. The Chapter 13 Trustee has paid a total of $708.23 over the life of this plan to this creditor. The remaining terms and conditions of Debtor's confirmed Chapter 13 plan shall remain in full force and effect.

Respectfully Submitted,

PAUL H. HERBEIN, Attorney at Law