United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Michael Diefenderfer
    Debtor

Case No. 12-20879-ref
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-4    User: SaraR    Page 1 of 2    Date Rcvd: Apr 12, 2018
                  Form ID: 138NEW    Total Noticed: 43

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 14, 2018.

```
db             +Michael Diefenderfer,    443 S. Wyomissing Avenue,    Shillington, PA 19607-3265
smg            +Bureau of Audit and Enforcement,    City of Allentown,    435 Hamilton Street,
                 Allentown, PA 18101-1603
smg             City Treasurer,    Eighth and Washington Streets,    Reading, PA  19601
smg            +Dun & Bradstreet, INC,    3501 Corporate Pkwy,    P.O. Box 520,    Centre Valley, PA 18034-0520
smg            +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg            +Tax Claim Bureau,    633 Court Street,    Second Floor,    Reading, PA 19601-4300
cr              ECMC,    P.O. BOX  16408,    ST. PAUL, MN  55116-0408
12912865       +07 Albright College,    1621 North 13th Street,    Reading, PA 19604-1708
12955759       +AES/PHEAA,    Po Box 1463,    Harrisburg, Pa 17105-1463
12912866       +Accounts Recovery Bureau,    PO BOX 6768,    Wyomissing, PA 19610-0768
12912867       +Aes/ Wells Fargo Ed Fina,    1200 N 7th St,    Harrisburg, PA 17102-1419
12949009       +Aes/Pheaa,    Po Box 8147,    Harrisburg, Pa 17105-8147
12912868       +Aes/wells Fargo Bank N.a,    Po Box 2461,    Harrisburg, PA 17105-2461
12912869       +Apex Asset Management,    1891 Santa Barbara Dr St,    Lancaster, PA 17601-4106
12912871      ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
               (address filed with court:  Capital One Bank Usa Na,    Po Box 85520,    Richmond, VA  23285)
12912872      ++CHASE CARD SERVICES,    201 NORTH WALNUT STREET,    ATTN MARK PASCALE,    MAIL STOP DE1-1406,
                 WILMINGTON DE 19801-2920
               (address filed with court:  Chase Mortgage,    Po Box 1093,    Northridge, CA  91328)
12912873       +Colonial Fitness,    172 Shillington Road,    Sinking Spring, PA 19608-1401
12912874      ++DELL FINANCIAL SERVICES,    P O BOX 81577,    AUSTIN TX 78708-1577
               (address filed with court:  Dell Financial Services,    1 Dell Way,    Round Rock, TX  78682)
13373014       +Deutsche Bank National Trust Company,    c/o Select Portfolio Servicing, Inc.,
                 3815 South West Temple,    Salt Lake City, UT 84115-4412
12912875       +Diamond Credit Union,    1600 Medical Dr,    Pottstown, PA 19464-3242
13022879        Educational Credit Management Corp(ECMC),    Lockbox #8682,    P.O. Box 16478,
                 St. Paul, MN  55116-0478
12912876       +Fed Loan Servicing,    Po Box 69184,    Harrisburg, PA 17106-9184
12912877       +Hsbc Bon Ton,    Po Box 15221,    Wilmington, DE 19850-5221
12912879       +Mbs Inc,    65 E Elizabeth Ave Ste 3,    Bethlehem, PA 18018-6518
12912880       +Med1 02 Reading Anesthesia Associate,    301 S. Seventh Avenue, Suite 235,
                 West Rading, PA 19611-1453
12912881        Med1 02 Reading Hospital Medical Cen,    Sixth Avenue,    Reading, PA  19608-0000
12912882        Med1 02 Reading Hospital Medical Cen,    Sixth Avenue,    West Reading, PA  19608-0000
12912883        Med1 02 Rps Hospitalist,    6th And Spruce Streets,    West Reading, PA  19611-0000
12912884       +Prof Anesthesia Svcs Of Eastern PA,    7918 Main Street, Suite 204,    Fogelsville, PA 18051-9851
13031219        READING ANESTHESIA ASSOCIATES,    Revenue Recovery Corporation,    PO Box 50250,
                 Knoxville, TN 37950-0250
12912886       +Revenue Recovery Corpora,    612 Gay St,    Knoxville, TN 37902-1603
12970349        Santander Consumer USA,    P.O. Box 560284,    Dallas, TX 75356-0284
12912887       +Santander Consumer Usa,    Po Box 961245,    Ft Worth, TX 76161-0244
12912888       +Verizon Pennsylvania I,    500 Technology Dr,    Weldon Spring, MO 63304-2225
12923488       +Wells Fargo Bank,    AES/PHEAA,    PO Box 8183,    Harrisburg, PA 17105-8183
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Apr 13 2018 01:35:29
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Apr 13 2018 01:35:41      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
12979905       +E-mail/Text: rperez@arcadiarecovery.com Apr 13 2018 01:35:37      Accounts Recovery Bureau,
                 645 Penn Street, 4th floor,    Reading, PA 19601-3559
13022267        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Apr 13 2018 01:44:29
                 American InfoSource LP as agent for,    Verizon,    PO Box 248838,
                 Oklahoma City, OK  73124-8838
12918275        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Apr 13 2018 01:44:29
                 American InfoSource LP as agent for,    Midland Funding LLC,    PO Box 268941,
                 Oklahoma City, OK  73126-8941
12912870       +E-mail/Text: banko@berkscredit.com Apr 13 2018 01:35:12      Berks Credit  And  Coll,
                 P.o. Box 329,    Temple, PA 19560-0329
12984489       +E-mail/Text: cio.bncmail@irs.gov Apr 13 2018 01:35:11      INTERNAL REVENUE SERVICE,
                 PO BOS 7346,    PHILA. PA 19101-7346
12979007        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 13 2018 01:38:42
                 Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
12912888       +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Apr 13 2018 01:35:05
                 Verizon Pennsylvania I,    500 Technology Dr,    Weldon Spring, MO 63304-2225
                                                                                              TOTAL: 9
```

```
District/off: 0313-4          User: SaraR               Page 2 of 2                   Date Rcvd: Apr 12, 2018
                              Form ID: 138NEW           Total Noticed: 43


              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            +AES/PHEAA,    PO BOX 8147,    HARRISBURG, PA 17105-8147
12990163*      +AES/PHEAA,    Po Box 8147,    Harrisburg, PA 17105-8147
12980397*      +Aes/Pheaa,    Po Box 8147,    Harrisburg, Pa 17105-8147
13330000*       Educational Credit Management Corp(ECMC),    Lockbox #8682,    P.O. Box 16478,
                 St. Paul, MN  55116-0478
13330001*       Educational Credit Management Corp(ECMC),    Lockbox #8682,    P.O. Box 16478,
                 St. Paul, MN  55116-0478
13330003*       Educational Credit Management Corp(ECMC),    Lockbox #8682,    P.O. Box 16478,
                 St. Paul, MN  55116-0478
12912878*      ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
                 PHILADELPHIA PA 19101-7346
                (address filed with court:   Internal Revenue Service,    11601 Roosevelt Boulevard,
                 Philadelphia, PA  19154)
12936249*      +Wells Fargo Bank,    AES/PHEAA,    PO BOX 8183,    HARRISBURG PA 17105-8183
12912885      ##+Recovery Management Serv,    1920 S Highland Ave Ste,    Lombard, IL 60148-6116
                                                                                             TOTALS: 0, * 8, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 14, 2018                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 12, 2018 at the address(es) listed below:
              ANN E. SWARTZ    on behalf of Creditor    JPMorgan Chase Bank, National Association
               ecfmail@mwc-law.com,    ecfmail@mwc-law.com
              FREDERICK L. REIGLE    ecfmail@fredreiglech13.com,    ecf_frpa@trustee13.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee,
               et al... bkgroup@kmllawgroup.com,    bkgroup@kmllawgroup.com
              KIMBERLY A. BONNER    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee,in
               trust for registered Holders of Long Beach Mortgage Loan Trust 2006-WL2, Asset-Backed
               Certificates, Series 2006-WL2 amps@manleydeas.com
              LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              MATTHEW CHRISTIAN WALDT    on behalf of Creditor    Deutsche Bank National Trust Company, as
               Trustee,in trust for registered Holders of Long Beach Mortgage Loan Trust 2006-WL2, Asset-Backed
               Certificates, Series 2006-WL2 mwaldt@milsteadlaw.com,    bkecf@milsteadlaw.com
              MATTHEW CHRISTIAN WALDT    on behalf of Creditor    Deutsche Bank National Trust Company, as
               Trustee, et al... mwaldt@milsteadlaw.com,    bkecf@milsteadlaw.com
              MATTHEW CHRISTIAN WALDT    on behalf of Creditor    Select Portfolio Servicing, Inc. as servicing
               agent for Deutsche Bank National Trust Company, as Trustee, in trust for registered Holders of
               Long Beach Mortgage Loan Trust 2006-WL2, Asset-Backed Certi mwaldt@milsteadlaw.com,
               bkecf@milsteadlaw.com
              PAUL H. HERBEIN    on behalf of Debtor Michael  Diefenderfer PHERBEIN@AOL.COM,
               herbeinlaw@gmail.com
              THOMAS I. PULEO    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee, et
               al... tpuleo@kmllawgroup.com,    bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 11
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: Michael Diefenderfer
    Debtor(s)

Bankruptcy No: 12−20879−ref
Chapter: 13

---

### NOTICE

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

1. The Standing Chapter 13 Trustee has filed his final report and account.

2. Any answer, objection, responsive pleading or request for hearing with regard to the discharge of the debtors, including any request to delay the entry of discharge pursuant to 11 U.S.C. §1328(h), must be filed in writing with the Clerk of the U.S. Bankruptcy Court,

    400 Washington Street
    Suite 300
    Reading, PA 19601

within 30 days from the date of this notice.

3. In the absence of any objection, the Court may enter the Order of Discharge.

    For The Court

    Timothy B. McGrath
    Clerk of Court

Dated: 4/12/18

66 − 64
Form 138_new