United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Michael Diefenderfer
     Debtor

Case No. 12-20879-ref
Chapter 13

## CERTIFICATE OF NOTICE

| District/off: 0313-4 | User: SaraR | Page 1 of 1 | Date Rcvd: Apr 12, 2018 |
|---|---|---|---|
| | Form ID: 212 | Total Noticed: 1 | |

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 14, 2018.
db       +Michael Diefenderfer,   443 S. Wyomissing Avenue,   Shillington, PA 19607-3265

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.    TOTAL: 0

      ***** BYPASSED RECIPIENTS *****
NONE.    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 14, 2018                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 12, 2018 at the address(es) listed below:
        ANN E. SWARTZ   on behalf of Creditor   JPMorgan Chase Bank, National Association ecfmail@mwc-law.com, ecfmail@mwc-law.com
        FREDERICK L. REIGLE   ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
        JOSHUA ISAAC GOLDMAN   on behalf of Creditor   Deutsche Bank National Trust Company, as Trustee, et al... bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
        KIMBERLY A. BONNER   on behalf of Creditor   Deutsche Bank National Trust Company, as Trustee,in trust for registered Holders of Long Beach Mortgage Loan Trust 2006-WL2, Asset-Backed Certificates, Series 2006-WL2 amps@manleydeas.com
        LISA MARIE CIOTTI   on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
        MATTHEW CHRISTIAN WALDT   on behalf of Creditor   Deutsche Bank National Trust Company, as Trustee,in trust for registered Holders of Long Beach Mortgage Loan Trust 2006-WL2, Asset-Backed Certificates, Series 2006-WL2 mwaldt@milsteadlaw.com, bkecf@milsteadlaw.com
        MATTHEW CHRISTIAN WALDT   on behalf of Creditor   Deutsche Bank National Trust Company, as Trustee, et al... mwaldt@milsteadlaw.com, bkecf@milsteadlaw.com
        MATTHEW CHRISTIAN WALDT   on behalf of Creditor   Select Portfolio Servicing, Inc. as servicing agent for Deutsche Bank National Trust Company, as Trustee, in trust for registered Holders of Long Beach Mortgage Loan Trust 2006-WL2, Asset-Backed Certi mwaldt@milsteadlaw.com, bkecf@milsteadlaw.com
        PAUL H. HERBEIN   on behalf of Debtor Michael  Diefenderfer PHERBEIN@AOL.COM, herbeinlaw@gmail.com
        THOMAS I. PULEO   on behalf of Creditor   Deutsche Bank National Trust Company, as Trustee, et al... tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
        United States Trustee   USTPRegion03.PH.ECF@usdoj.gov
                                TOTAL: 11

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re:                                                                    Chapter: 13

    Michael Diefenderfer

Debtor(s)                                                              Case No: 12–20879–ref

_____

*ORDER*

    AND NOW, 4/12/18 , it appearing that the debtor must file either a statement regarding completion of a course in personal financial management, see 11 U.S.C. § 1328(g)(1), or a request for a waiver from this requirement, see 11 U.S.C. § 109(h)(4),

    Additionally, it appearing that the debtor must file a certification regarding domestic support obligations and Section 522(q), see 11 U.S.C. §1328(a),

    And the statement regarding personal financial management and the domestic support obligation certification were due no later than the last payment made by the debtor as required by the plan or the filing of a motion for entry of a discharge under § 1328(b), see Bankruptcy Rule 1007(c),

    Accordingly, it is hereby ORDERED that the debtor shall have 14 (fourteen) days from the date of this order to file

    ☐ A statement regarding completion of an instructional course concerning personal financial management, (Official Form B423) or a request for a waiver from such requirement.

    ☑ A certification regarding domestic support obligations and Section 522(q), (Director's Form B2830);

    If the debtor fails to do so, then this case may be closed, without further notice or hearing, and without the debtor receiving his/her chapter 13 discharge.

    For The Court

    Richard E. Fehling

    Chief Judge ,United States
    Bankruptcy Court

65
Form 212