United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Michael Diefenderfer
Debtor

Case No. 12-20879-ref
Chapter 13

# CERTIFICATE OF NOTICE

| District/off: 0313-4 | User: admin | Page 1 of 2 | Date Rcvd: May 18, 2018 |
|---|---|---|---|
| | Form ID: 3180W | Total Noticed: 21 | |

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 20, 2018.

```
db          +Michael Diefenderfer,    443 S. Wyomissing Avenue,    Shillington, PA 19607-3265
smg         +Bureau of Audit and Enforcement,    City of Allentown,    435 Hamilton Street,
              Allentown, PA 18101-1603
smg          City Treasurer,    Eighth and Washington Streets,    Reading, PA  19601
smg         +Dun & Bradstreet, INC,    3501 Corporate Pkwy,    P.O. Box 520,    Centre Valley, PA 18034-0520
smg         +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg         +Tax Claim Bureau,    633 Court Street,    Second Floor,    Reading, PA 19601-4300
12912866    +Accounts Recovery Bureau,    PO BOX 6768,    Wyomissing, PA 19610-0768
12949009    +Aes/Pheaa,    Po Box 8147,    Harrisburg, Pa 17105-8147
12912872   ++CHASE CARD SERVICES,    201 NORTH WALNUT STREET,    ATTN MARK PASCALE,    MAIL STOP DE1-1406,
              WILMINGTON DE 19801-2920
             (address filed with court: Chase Mortgage,    Po Box 1093,    Northridge, CA  91328)
13373014    +Deutsche Bank National Trust Company,    c/o Select Portfolio Servicing, Inc.,
              3815 South West Temple,    Salt Lake City, UT 84115-4412
12912875    +Diamond Credit Union,    1600 Medical Dr,    Pottstown, PA 19464-3242
12912876    +Fed Loan Servicing,    Po Box 69184,    Harrisburg, PA 17106-9184
13031219     READING ANESTHESIA ASSOCIATES,    Revenue Recovery Corporation,    PO Box 50250,
              Knoxville, TN 37950-0250
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg          E-mail/Text: RVSVCBICNOTICE1@state.pa.us May 19 2018 01:58:32
             Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
             Harrisburg, PA  17128-0946
smg         +E-mail/Text: usapae.bankruptcynotices@usdoj.gov May 19 2018 01:58:51     U.S. Attorney Office,
             c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13022267     EDI: AIS.COM May 19 2018 05:53:00      American InfoSource LP as agent for,    Verizon,
             PO Box 248838,    Oklahoma City, OK  73124-8838
12918275     EDI: AIS.COM May 19 2018 05:53:00      American InfoSource LP as agent for,
             Midland Funding LLC,    PO Box 268941,    Oklahoma City, OK  73126-8941
13022879     EDI: ECMC.COM May 19 2018 05:53:00      Educational Credit Management Corp(ECMC),
             Lockbox #8682,    P.O. Box 16478,    St. Paul, MN  55116-0478
12984489    +EDI: IRS.COM May 19 2018 05:53:00      INTERNAL REVENUE SERVICE,    PO BOS 7346,
             PHILA. PA 19101-7346
12979007     EDI: PRA.COM May 19 2018 05:53:00      Portfolio Recovery Associates, LLC,    POB 41067,
             Norfolk VA 23541
12970349     EDI: DRIV.COM May 19 2018 05:53:00      Santander Consumer USA,    P.O. Box 560284,
             Dallas, TX 75356-0284
                                                                                              TOTAL: 8
```

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13330000*    Educational Credit Management Corp(ECMC),    Lockbox #8682,    P.O. Box 16478,
             St. Paul, MN  55116-0478
13330001*    Educational Credit Management Corp(ECMC),    Lockbox #8682,    P.O. Box 16478,
             St. Paul, MN  55116-0478
13330003*    Educational Credit Management Corp(ECMC),    Lockbox #8682,    P.O. Box 16478,
             St. Paul, MN  55116-0478
                                                                                 TOTALS: 0, * 3, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 20, 2018                                                   Signature:  /s/Joseph Speetjens

```
District/off: 0313-4          User: admin                 Page 2 of 2                   Date Rcvd: May 18, 2018
                              Form ID: 3180W              Total Noticed: 21
```

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 17, 2018 at the address(es) listed below:
              ANN E. SWARTZ    on behalf of Creditor    JPMorgan Chase Bank, National Association
               ecfmail@mwc-law.com,    ecfmail@mwc-law.com
              FREDERICK L. REIGLE    ecfmail@fredreiglech13.com,    ecf_frpa@trustee13.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee,
               et al... bkgroup@kmllawgroup.com,    bkgroup@kmllawgroup.com
              KIMBERLY A. BONNER    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee,in
               trust for registered Holders of Long Beach Mortgage Loan Trust 2006-WL2, Asset-Backed
               Certificates, Series 2006-WL2 amps@manleydeas.com
              LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              MATTHEW CHRISTIAN WALDT    on behalf of Creditor    Deutsche Bank National Trust Company, as
               Trustee,in trust for registered Holders of Long Beach Mortgage Loan Trust 2006-WL2, Asset-Backed
               Certificates, Series 2006-WL2 mwaldt@milsteadlaw.com,    bkecf@milsteadlaw.com
              MATTHEW CHRISTIAN WALDT    on behalf of Creditor    Deutsche Bank National Trust Company, as
               Trustee, et al... mwaldt@milsteadlaw.com,    bkecf@milsteadlaw.com
              MATTHEW CHRISTIAN WALDT    on behalf of Creditor    Select Portfolio Servicing, Inc. as servicing
               agent for Deutsche Bank National Trust Company, as Trustee, in trust for registered Holders of
               Long Beach Mortgage Loan Trust 2006-WL2, Asset-Backed Certi mwaldt@milsteadlaw.com,
               bkecf@milsteadlaw.com
              PAUL H. HERBEIN    on behalf of Debtor Michael  Diefenderfer PHERBEIN@AOL.COM,
               herbeinlaw@gmail.com
              THOMAS I. PULEO    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee, et
               al... tpuleo@kmllawgroup.com,    bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 11
```

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Michael Diefenderfer** <br> First Name  Middle Name  Last Name | Social Security number or ITIN **xxx–xx–3895** <br> EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | First Name  Middle Name  Last Name | Social Security number or ITIN  _ _ _ _ <br> EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **Eastern District of Pennsylvania** | |
| Case number: | **12–20879–ref** | |

# Order of Discharge                                                                                              12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Michael Diefenderfer

<u>5/17/18</u>                                                                                  **By the court:**    <u>Richard E. Fehling</u>
                                                                                                                  United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;

- ♦ debts for most student loans;

- ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**